IN THE UNITED STATES DISTRICT COURT    JUDGE DAVID BRIONES
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | 2009 JAN 21  PM 1:47 |
| | § | CRIMINAL NO. EP-09-CR____ |
| Plaintiff, | § | CLERK, US DISTRICT COURT |
| | § | WESTERN DISTRICT OF TEXAS |
| | § | SEALED INDICTMENT |
| | § | BY____ |
| | § | DEPUTY |
| v. | § | [Vio:  18 U.S.C. 924(a)(1)(A) False |
| | § | Statement During Purchase of a Firearms] |
| CARMEN MAGDA CASTILLO, | § | |
| | § | EP09CR0180 |
| Defendant. | § | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 924(a)(1)(A)]

That on or about the June 27, 2008, within the Western District of Texas, the Defendant,

**CARMEN MAGDA CASTILLO,**

knowingly made a false statement and representation to R.G., a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of ASO, a merchant, in that the defendant did execute a United States Bureau of Alcohol, Tobacco and Firearms Form 4473, claiming she resided at 440 Castle, El Paso, Texas 79912, when in truth and in fact, the defendant had not lived at that residence for approximately six months prior to Jun 27, 2008, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
ANTONIO FRANCO
Assistant United States Attorney